# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ANOSHVI HOSPITALITY, LLC ) <br> d/b/a FAIRFIELD INN & SUITES ) <br> ATLANTA STONECREST, ) <br>   ) <br> Plaintiff, ) <br> v.   ) <br>   ) <br> WESCO INSURANCE COMPANY, ) <br>   ) <br> Defendant. ) | CIVIL ACTION <br> FILE NO.: 1:22-cv-00955-LMM <br><br> [On Removal from the State Court of <br> DeKalb County, Georgia; <br> Civil Action No. 22A00200] |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff, ANOSHVI HOSPITALITY, LLC and Defendant, WESCO INSURANCE COMPANY, through their undersigned counsel of record, and notify the Court that the above-styled lawsuit has been settled. The parties will submit a stipulation of dismissal with prejudice upon completion of the settlement and anticipate that the settlement paperwork will be completed in the next 30 days.

This is 27th day of June, 2023.

Respectfully submitted,

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902

- 1 -

Kyle A. Ference
Georgia Bar No. 683043
*Attorneys for Wesco Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
Office: (404) 874-8800
Fax: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com


William L. Flournoy, Esq.

/s/ *William L. Flournoy*
Ga. Bar. No.: 755135
Hair Shunnarah Trial Attorneys
4887 Belfort Road
Suite 200
Jacksonville, FL 32256
904-552-1006

Wlflournoy@bushlawgroup.net
Krdupries@bushlawgroup.net
Justin@bushlawgroup.net

- 3 -

## LOCAL RULE 5.1C CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

This 27th day of June, 2023.

Respectfully submitted,

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference
Georgia Bar No. 683043
*Attorneys for Wesco Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
Office: (404) 874-8800
Fax: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing ***NOTICE OF SETTLEMENT*** with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorneys:

William L. Flournoy, Esq.
The Bush Law Group, LLC
6622 Southpoint Dr S – Suite 190
Jacksonville, Florida 32216
Wlflournoy@bushlawgroup.net
Krdupries@bushlawgroup.net
Justin@bushlawgroup.net

This 27th day of June, 2023.

Respectfully submitted,

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Jessica M. Phillips*
_____
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference
Georgia Bar No. 683043
*Attorneys for Wesco Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
Office: (404) 874-8800
Fax: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

4878-3344-4963, v. 1