# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANOSHVI HOSPITALITY, LLC D/B/A FAIRFIELD INN & SUITES ATLANTA STONECREST, <br><br> Plaintiff, <br><br> v. <br><br> WESCO INSURANCE COMPANY, <br><br> Defendant. | Civil Action File No.: <br><br> 1:22-cv-00955-LMM |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiff, ANOSHVI HOSPITALITY, LLC D/B/A FAIRFIELD INN & SUITES ATLANTA STONECREST (hereinafter "Plaintiff") and the Defendant, WESCO INSURANCE COMPANY (hereinafter "Defendant"), by and through the undersigned counsel, and hereby jointly agree to the dismissal of this action with prejudice. The parties request the Court reserve jurisdiction to enforce the terms of the settlement agreement, if necessary.

Respectfully submitted this 26th day of October, 2023.

| **Hair Shunnarah Trial Attorneys, LLC** | **Swift, Currie, McGhee & Heirs, LLP** |
|---|---|
| /s/ William L. Flournoy | /s/ Jessica M. Phillips |
| **William L. Flournoy, Esq.** | **Jessica M. Phillips, Esq.** |
| GA Bar No.: 755135 | GA Bar No.: 922902 |
| 4887 Belfort Road, Ste. 200 | 1420 Peachtree Street, N.E., Ste. 800 |
| Jacksonville, Florida 32256 | Atlanta, Georgia 30309 |
| (904) 552-1006 | (404) 874-8800 |
| wflournoy@hstalaw.com | Jessica.phillips@swiftcurrie.com |
| wfeservice@hstalaw.com | Alex.mikhalevsky@swiftcurrie.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF electronic document filing system, which will electronically serve the foregoing on the following counsel of record:

**Swift, Currie, McGhee & Heirs, LLP**
c/o Jessica M. Phillips, Esq.
GA Bar No.: 922902
1420 Peachtree Street, N.E., Ste. 800
Atlanta, Georgia 30309
(404) 874-8800
Jessica.phillips@swiftcurrie.com
Alex.mikhalevsky@swiftcurrie.com
*Attorney for Defendant*

**Hair Shunnarah Trial Attorneys, LLC**

/s/ William L. Flournoy
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANOSHVI HOSPITALITY, LLC D/B/A FAIRFIELD INN & SUITES ATLANTA STONECREST,<br><br>　　　Plaintiff,<br><br>v.<br><br>WESCO INSURANCE COMPANY,<br><br>　　　Defendant. | Civil Action File No.:<br><br>1:22-cv-00955-LMM |

## ORDER ON JOINT NOTICE OF VOLUNTARY DISMISSAL

Before this Court is the Joint Notice of Voluntary Dismissal executed by both the Plaintiffs and the Defendant (the "Joint Dismissal").

Accordingly, it is hereby **ORDERED** that the Joint Dismissal is hereby **GRANTED**. This court reserves jurisdiction to enforce the terms of the settlement agreement between the parties, if necessary.

**IT IS SO ORDERED** this _____ day of October, 2023

_____
Leigh Martin May
United States District Judge

4